IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00264-WJM-KLM

KATHY GARCIA,

    Plaintiff,

v.

RESIDENT MANAGEMENT SYSTEMS, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Leave to Amend Scheduling Order** [Docket No. 18; Filed October 3, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**.  The Scheduling Order entered on March 29, 2012 [#15] is amended to extend the following deadline:

- Discovery Deadline     **October 19, 2012**

Dated:  October 4, 2012