**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0264-WJM-KLM

KATHY GARCIA

    Plaintiff,

v.

RESIDENT MANAGEMENT SYSTEMS, INC., a Colorado corporation

    Defendant.

## ORDER GRANTING STIPULATION FOR PARTIAL DISMISSAL

This matter is before the Court on the parties' Stipulation for Partial Dismissal filed November 30, 2012 (ECF No. 24). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Plaintiff's First and Second Claims for Relief are DISMISSED WITH PREJUDICE. Each party shall pay her or its own related attorney's fees and costs.

Dated this 3rd day of December, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge